**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**JULIEN GARCON,**

        **Petitioner,**

**v.**                                                    **CASE NO.  4:13-cv-98-MW/CAS**

**STATE OF FLORIDA and
PAMELA JO BONDI, as
Attorney General,**

        **Respondent.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION


The Court has considered the Magistrate's Report and Recommendation, ECF No.4, filed March 28, 2013.   Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion.  The Clerk is directed to **TRANSFER t**his cause to the United States District Court of the Southern District of Florida.

SO ORDERED on April 16, 2013.

                        s/Mark E. Walker          
                        United States District Judge