# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JULIEN GARCON,

    Petitioner,

v.                          CASE NO. 4:13-cv-98-MW/CAS

STATE OF FLORIDA and
PAMELA JO BONDI, as
Attorney General,

    Respondent.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## \*\*AMENDED\*\*
## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.4, filed March 28, 2013, and has considered *de novo* the Plaintiff's Objection to Magistrate Judge Report, ECF No. 7, filed April 16, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion. The Clerk is directed to **TRANSFER t**his cause to the United States

District Court of the Southern District of Florida.

    SO ORDERED on April 18, 2013.

                                                                               _____
                                                        MARK E. WALKER
                                                        United States District Judge